UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,   )
)           Case No. MAG. 08-0147 DAD
            Plaintiff,      )
v.                          )           ORDER FOR RELEASE OF
                            )           PERSON IN CUSTODY
RANDALL CHARLES ORITZ,      )
                            )
            Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDALL CHARLES ORTIZ, Case No. MAG. 08-0147 DAD, Charge Title 21 USC §§ 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X Bail Posted in the Sum of $ _150,000 Secured by property posted. Until posting unsecured bond co-signed by father_

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X (Other) _Pretrial Services Supervision of Conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 29, 2008 at 3:03 pm.

By _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge