**FILED**
April 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                           )   Case No. MAG. 08-0147 DAD
          Plaintiff,       )
v.                         )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY
RANDALL CHARLES ORITZ,     )
                           )
          Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDALL CHARLES ORTIZ, Case No. MAG. 08-0147 DAD, Charge Title 21 USC §§ 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 150,000 Secured by property posted. Until posting unsecured bond co-signed by father

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) Pretrial Services Supervision of Conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 29, 2008 at 3:03 pm.

By _____
Dale A. Drozd
United States Magistrate Judge